IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAGGIE J., by and through her parents, :   CIVIL ACTION
RICHARD J. and KIM J.,     :
    Plaintiffs,     :
           :
    v.       :
           :    No. 20-2782
DONEGAL SCHOOL DISTRICT,   :
    Defendant.    :

## ORDER

**TIMOTHY R. RICE**                **June 30, 2021**

   AND NOW, on **June 30, 2021**, upon consideration of Plaintiffs' Motion for Judgment on

the Administrative Record (doc. 11), Defendant's Response (doc. 12), and Plaintiffs' Reply (doc,

13), it is ORDERED that Plaintiffs' Motion is DENIED.  The Hearing Officer's Decision is

Affirmed.

           BY THE COURT:


           /s/ Timothy R. Rice
           TIMOTHY R. RICE
           U.S. MAGISTRATE JUDGE